# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

Case No. 5:26-MJ-5103-MAS

IN THE MATTER OF CRIMINAL
COMPLAINT FOR GARY R. BAKER

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, James F. Bugg, a Special Agent (SA) with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

## INTRODUCTION

1.      I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) for six years and am currently assigned to the Northern Kentucky office.

2.      While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I am responsible for investigations involving the production, importation, receipt and distribution of child pornography that occur in the Eastern District of Kentucky. I have participated – in all aspects – in investigations involving these offenses. Moreover, I am a federal law enforcement officer who is engaged in enforcing the

criminal laws, including 18 U.S.C. §§ 2251 and I am authorized by law to request an arrest warrant.

3.    Swearing to this affidavit, I am relying on information provided to me by Jake Wilson, who has been a Detective in Internet Crimes Against Children Unit since 2024 and a post level detective since 2014 with the Kentucky State Police.  Detective Wilson has more than fifteen (15) years of law enforcement experience. Detective Wilson has investigated state and federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. Detective Wilson has written numerous search warrants and affidavits in cases involving crimes against children. Detective Wilson has received more than 300 hours of training during his career, many of those hours focused on investigations, with an emphasis on crimes against children, crimes involving the internet, computers, social networking investigations, cellular phone technologies and data analysis.

4.    Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, the affiant has not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the listed offenses.

5.    For the reasons set out below, there is probable cause to believe that **Gary R. BAKER**, while in Bourbon County, Kentucky, in the Eastern District of Kentucky, committed several offenses involving the sexual exploitation of children, including, but not limited to, employing, using, persuading, inducing, enticing, or coercing any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

### STATUTORY ATHORITY

2

6.      This investigation concerns alleged violations of 18 U.S.C. §2251(a), relating to using a minor to produce a visual depiction of the minor engaged in sexually explicit conduct.

a.      18 U.S.C. §2251(a) prohibits a person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or to have a minor assist any other person to engage in, or to transport any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for purpose of transmitting a live visual depiction of such conduct if such person knowns that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or if that visual depiction was produced or transmitted using materials that have been mailed shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## PROBABLE CAUSE

7.      On 2/11/26, Det. Wilson with the Kentucky State Police was contacted by the National Center for Missing and Exploited Children (NCMEC). NCMEC provided Det. Wilson with cyber tip number: 229824673. A cyber tip is sent to law enforcement when an electronic service provider submits a report to NCMEC that a user may be utilizing their platform for the sexual exploitation of children.  The cyber tip contains information regarding the suspected criminal conduct and the user account associated with that activity.  In this case, the cyber tip was labeled as a priority level 2, which indicates a possible risk to an individual in the near future or is otherwise time-sensitive. Upon review of the images/videos, it appeared very likely that a child or children were being sexually abused. Metadata provided by the reporting ESP

3

suggests that the unfamiliar files may have been produced in June 2025 with a Google Pixel 8, at or near E 10th Street, Paris, Kentucky.

8.      The cyber tip listed above was from Google and reported that a Google user was suspected of uploading child sexual abuse material ("CSAM") involving children that may be known to him. Cyber tip 229824673 revealed a potential suspect, Gary Baker, mobile phone: +1XXX-XXX-9987 (verified 12-28-2024 22:39:34 UTC), mobile phone: +1-XXX-XXX-1421 (verified 11-05-2023 22:44:31 UTC) date of birth: XX-XX-1969, email address: pittsburgegaryb77@gmail.com (verified).

9.      During the course of the investigation, Det. Wilson reviewed the suspected CSAM images that were attached to the cyber tip. There were nine (9) images/videos associated with cyber tip 229824673. The images/videos show an adult male hand pulling gray panties to the side, revealing a prepubescent vagina. In one of the images, one of his fingers touches the vagina and spreads it apart.

10.     Det. Wilson was assigned eight (8) additional NCMEC cyber tips between 2/11/26 and 2/20/26 that were related to the original cyber tip 229824673. Cyber tip 229687422: five (5) total images containing CSAM.  Four (4) of the images were of Minor Victim 1 (MV1), revealing her vagina.  Cyber tip: 229932720: two (2) total images containing CSAM.  Both images were of MV1, revealing her vagina. Cyber tip: 229943087: six (6) total images containing CSAM.  All six (6) images appear to be of MV1.  One of the images is of MV1's anus with a toothbrush inserted inside with an adult males' hand also in the picture.  One (1) of the images is of MV1's anus.  Four (4) of the images are of MV1's vagina. Cyber tip: 229957832: four (4) total images containing CSAM.  Two (2) of the images are of MV1's anus

4

with a toothbrush inserted into the anus.  Two (2) of the images are of MV1's vagina. Cyber tip: 230240073: Is a combination of fifty-two (52) pictures and videos. Thirty-five (35) of which meet the definition of CSAM. Several of the videos are minutes long, **BAKER** is clearly identifiable in several of them. The face of the victim also can be seen in some of the videos. One (1) video lasting sixteen (16) minutes and six (6) seconds, **BAKER** filmed MV1 sleeping on **BAKER's** couch.  **BAKER** pulls MV1's shorts down revealing her buttocks.  He rubs her vagina and puts his face on her nude buttocks.  **BAKER** was wearing gray shorts at first but then was nude.  He masturbates in the video.  He gets on top of MV1 and attempts to insert his penis inside her anus or vagina. Cyber tip: 230240528: images/videos from this Cyber tip were duplicates from Cyber tip: 230240073 and in Cyber tip: 230240709: images/videos from this Cyber tip are duplicates from Cyber tip: 230240073.

11.     Det. Jake Wilson prepared state search warrants for **BAKER's** residence, his person and prepared an arrest warrant for **BAKER** for violations of Kentucky law. Det. Jake Wilson and Det. Craig Miller proceeded to **BAKER**'s place of employment and took him into custody without incident. At the time of his arrest, **BAKER** was in possession of a Samsung cellular phone, Model: SM-A156U, and IMEI: 352271525747102. KSP examiners located multiple images consistent with child sexual abuse material (CSAM) on the device during an on-scene preview. **BAKER** agreed to talk to Det. Jake Wilson and Det. Craig Miller, who had gone to **BAKER's** place of employment. On May 7, 2026, SA James Bugg listened to the recording of this interview. In this interview, **BAKER** initially minimized his involvement but when confronted with the CSAM images/videos, he admitted that they were his. Wilson described the Google Pixel 8 device that was mentioned in Cyber tip 229824673, to which **BAKER**

acknowledged that may be the device that he used to make the CSAM images/videos.  He also admitted that he was depicted in the videos. **BAKER** refused to help identify MV1.  However, law enforcement was able to determine MV1's identity through talking with family members of **BAKER**.   MV1 was eight years old at the time the videos and images were produced and her family members confirmed that **BAKER** had access to MV1 during the summer of 2025.

12. On February 20, 2026, KSP executed a state search warrant on the residence of **BAKER**, 119 East 10th Street, Apartment 2, Paris, Kentucky. KSP seized several electronic devices and other items that were depicted in the CSAM images/videos in the Cyber tips, to include a couch and a yellow blanket. A Google Pixel 8 Pro cellphone, IMEI: 355522573413220, was located on a table by the couch. The cellphone was connected to google account pittsburgegaryb77@gmail.com that was mentioned in Cyber tip 229824673. After the execution of the state search warrant, Det. Wilson was able to contact the legal guardian of MV1 to confirm that she was safe.

13. On May 7, 2026, SA Bugg reviewed approximately twenty-five (25) CSAM images and eight (8) CSAM videos from the associated cyber tips.   These CSAM images included photographs and videos of MV1.

14. SA Bugg reviewed multiple images of MV1. The CSAM images/videos are similar in nature and depict MV1 on a couch, wearing clothing, with the focus of the images being her vagina or anus. In some of the images/videos, **BAKER** can be seen pulling MV1's underwear to the side to expose her vagina or anus. **BAKER** can be seen masturbating in some of the videos. MV1 appears to be sleeping in most of the images/videos but does wake up occasionally to reposition herself. Her brother is also in the room on a different couch in some of

6

the videos, but he too appears to be sleeping. In some of the images/videos, **BAKER** has inserted a green toothbrush into MV1's anus.

15.    Based on SA Bugg's investigative experience, the images/videos are indicative of **BAKER** using multiple devices to create CSAM of MV1. One (1) device is propped up and recording a video from a distance, and another device can be seen in his hand for close images of MV1's vagina and anus.

16.  Your affiant knows that the term "means or facility of interstate commerce" includes the internet and telephones.   Your affiant is also aware that Samsung and Google manufacture their cellphones, in whole or part, outside the Commonwealth of Kentucky.

## CONCLUSION

17.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that beginning in June of 2025 and continuing through approximately August of 2025, the exact dates unknown, while in the Eastern District of Kentucky, Bourbon County, **Gary R. BAKER** engaged in the following:

a.    knowingly using, persuading, inducing, enticing, and coercing a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate commerce, or that visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. §2251(a);

7

Respectfully submitted,

/s/ James F. Bugg

James F. Bugg
Special Agent
Homeland Security Investigations

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means this 8th day May of 2026.

United States Magistrate Judge
Eastern District of Kentucky

8